# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Yuke Wembi,

Plaintiff,

v.

Gibsons Restaurant Group Management Company LLC.

Case No. 21 C 586
Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
in the amount of $

which ☐ includes         pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendant.

☐ in favor of defendant
and against plaintiff

Defendant shall recover costs from plaintiff.

☒ other: Case is dismissed and sent to arbitration.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge Joan Humphrey Lefkow without a jury and the above decision was reached.
☒ decided by Judge Joan Humphrey Lefkow.

Date: 6/23/2021

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk